# United States District Court
# Eastern District of California
### Redding Branch

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATE/CASE NO. 3:16-mj-0018CMK |
| | ) | |
| vs. | ) | **ORDER TO APPEAR** |
| | ) | |
| Peter S. Graf | ) | |
| | ) | |

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on Sept. 14, 2016 at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 8-2-16

_Christy L. Pins_
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison